```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEREMIAH URCH
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00036-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ANDREA WEATHINGTON; and JEREMIAH URCH, | ) | Date: March 27, 2007 |
| | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. Morrison C. England |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and NED SMOCK, Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of March 6, 2007 be vacated and a new date of March 27, 2007 be set for status.  The government provided more than 800 pages of discovery to the defendants last week.  Both defendants need time to review the discovery and perform necessary investigation.

It is further stipulated and agreed between the parties that the period between March 6, 2007 and March 27, 2007, should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 5, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

       /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JEREMIAH URCH

/s/ Ned Smock for Robert Holley
ROBERT HOLLEY
Attorney for Defendant
ANDREA WEATHINGTON

MCGREGOR W. SCOTT
United States Attorney

Dated:  March 5, 2007

/s/ Ned Smock for Robin Taylor
ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

 Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2