**FILED**
March 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                           )<br>v.                                                        )<br>                                                              )<br>JEREIAH URCH,                             )<br>                                                              )<br>            Defendant.                      ) | Case No. 2:07CR0036-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEREIAH URCH , Case No.  2:07CR0036-MCE , Charge  18USC § 1029(a)(2) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $___

  ___  Unsecured Appearance Bond

  ___  Appearance Bond with 10% Deposit

  ___  Appearance Bond with Surety

  ___  Corporate Surety Bail Bond

  ✔  (Other)          Pretrial Conditions as stated on the record. The defendant to be released to Pretrial on 3/22/07 @ 8:30 a.m.

Issued at  Sacramento, CA  on  March 21, 2007  at  2:29 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court