DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMIAH URCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00036-MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| ANDREA WEATHINGTON; and JEREMIAH URCH, | ) Date: November 29, 2007 |
| | ) Time: 9:00 A.M. |
| Defendants. | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and NED SMOCK, Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of October 11, 2007 be vacated and a new date of November 29, 2007 be set for status.  The defendants need additional time to review the large amount of discovery and explore possible resolution of the case.  Both defendants have been in residential drug treatment.  In addition, counsel for Ms. Weathington has been ill and is scheduled to have surgery.

It is further stipulated and agreed between the parties that the period between October 11, 2007 and November 29, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 10, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Ned Smock
                                  NED SMOCK
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JEREMIAH URCH

Dated:   October 10, 2007      /s/ Ned Smock for Robert Holley
                                  ROBERT HOLLEY
                                  Attorney for Defendant
                                  ANDREA WEATHINGTON


                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated:   October 10, 2007

                                  /s/ Ned Smock for Robin Taylor
                                  ROBIN TAYLOR
                                  Assistant U.S. Attorney

                              **ORDER**

**IT IS SO ORDERED.**

Dated: October 17, 2007

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE