```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEREMIAH URCH
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-07-0036 MCE
                                 )
12             Plaintiff,        )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  ANDREA WEATHINGTON; and      )
    JEREMIAH URCH,               ) Date: January 24, 2008
15                               ) Time: 9:00 A.M.
                                 ) Judge: Hon. Morrison C. England,
16                               ) Jr.
               Defendants.
17  _____
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and NED SMOCK, Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of November 29, 2007 be vacated and a new date of January 24, 2008 be set for status. The defendants are performing ongoing investigation. In addition, counsel for Ms. Weathington has been ill and is receiving radiation treatment.

It is further stipulated and agreed between the parties that the

period between November 29, 2007 and January 24, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: November 28, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

   /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JEREMIAH URCH

Dated:   November 28, 2007    /s/ Ned Smock for Robert Holley
ROBERT HOLLEY
Attorney for Defendant
ANDREA WEATHINGTON

MCGREGOR W. SCOTT
United States Attorney

Dated:   November 28, 2007
/s/ Ned Smock for Robin Taylor
ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: November 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                            2