DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMIAH URCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00036-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ANDREA WEATHINGTON; and JEREMIAH URCH, | ) | Date: February 21, 2008 |
| | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Morrison C. England |
| Defendants. | ) | |
| _____ | | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and NED SMOCK, Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of January 24, 2008 be vacated and a new date of February 21, 2008 be set for status/change of plea.  The defendants are performing ongoing investigation.  In addition, counsel for Ms. Weathington has been ill and will be having an operation in early February.

///

1    It is further stipulated and agreed between the parties that the

2  period between January 24, 2007 and February 21, 2008, should be

3  excluded in computing the time within which the trial of the above

4  criminal prosecution must commence for purposes of the Speedy Trial Act

5  for defense preparation.  All parties stipulate and agree that this is

6  an appropriate exclusion of time within the meaning of Title 18, United

7  States Code, Section 3161(h)(8)(iv) (Local Code T4).

8  Dated: January 22, 2008

                                    Respectfully submitted,

9
                                    DANIEL J. BRODERICK
10                                   Federal Defender

11                                       /s/ Ned Smock
                                    NED SMOCK
12                                   Assistant Federal Defender
                                    Attorney for Defendant
13                                   JEREMIAH URCH

14  Dated:  January 22, 2008        /s/ Ned Smock for Robert Holley
                                    ROBERT HOLLEY
15                                   Attorney for Defendant
                                    ANDREA WEATHINGTON
16
                                    MCGREGOR W. SCOTT
17                                   United States Attorney

18  Dated:  January 22, 2008

19                                       /s/ Ned Smock for Robin Taylor
                                    ROBIN TAYLOR
20                                   Assistant U.S. Attorney

21                                        **ORDER**

22  **IT IS SO ORDERED.**

23
    Dated: January 25, 2008
24

25

26  _____
    MORRISON C. ENGLAND, JR.
27  UNITED STATES DISTRICT JUDGE

28

                                    2