DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMIAH URCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00036-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ANDREA WEATHINGTON; and ) | |
| JEREMIAH URCH, ) | Date: March 19, 2008 |
| ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Morrison C. England |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and NED SMOCK, Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of February 21, 2008 be vacated and a new date of March 19, 2008 be set for status/change of plea. The defendants are performing ongoing investigation. In addition, both counsel are working towards reaching a resolution, and need time to discuss possible disposition with the defendants.

It is further stipulated and agreed between the parties that the period between February 21, 2008 and March 19, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 20, 2008

                            Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Ned Smock
                            NED SMOCK
                            Assistant Federal Defender
                            Attorney for Defendant
                            JEREMIAH URCH

Dated:  February 20, 2008       /s/ Ned Smock for Robert Holley
                            ROBERT HOLLEY
                            Attorney for Defendant
                            ANDREA WEATHINGTON

                            MCGREGOR W. SCOTT
                            United States Attorney

Dated:  February 20, 2008

                            /s/ Ned Smock for Robin Taylor
                            ROBIN TAYLOR
                            Assistant U.S. Attorney

                            **ORDER**

**IT IS SO ORDERED.**

Dated: February 21, 2008

                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE