1  **Robert M. Holley**
   **Attorney at Law**
2  **State Bar No. 50769**
   **331 J Street, Suite 200**
3  **Sacramento, California 95814**
   **Telephone:  (916) 443-2213**
4

5

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   **UNITED STATES OF AMERICA,**        )  **CR. No. 07-00036-MCE**
11                                       )
                        **Plaintiff,**   )  **STIPULATION AND ORDER FOR**
12                                       )  **MODIFICATION OF CONDITIONS OF**
        **v.**                           )  **RELEASE TO ALLOW LIMITED CONTACT**
13                                       )  **BETWEEN DEFENDANTS FOR PURPOSES**
   **ANDREA WEATHINGTON and**            )  **OF CPS PARENTING CLASSES,**
14 **JERAMIAH URCH,**                    )  **COUNSELING, CHILD CUSTODY AND**
                                         )  **VISITATION**
15                     **Defendants.**   )
   **_____**  )
16

17                              **BACKGROUND**

18     Defendants Andrea Weathington and Jeramiah Urch are charged by way

19  of indictment with various felony counts relating to stolen mail and

20  credit card fraud.  Both defendants are on pretrial release with

21  special conditions.  One of the special conditions of release is

22  identical for each defendant (Weathington, docket entry 22, line 11 and

23  Urch, docket entry 37, line 11; February 5, 2007 and March 21, 2007,

24  respectively).  It reads as follows:

25          *11.  You shall not have any contact with the co-*
            *defendant (direct or indirect) in this case unless*
26          *in the presence of defense counsel and you shall*
            *comply with the existing restraining order filed*
27          *against the co-defendant in this case.*

28

1    Ms. Weathington and Mr. Urch are the natural parents of a minor

2   child.  Logistical situations relating to issues of child custody,

3   parenting classes and counseling etc. through Child Protective Services

4   (CPS) require that the parents have contact with one another in

5   connection with the same.  As neither Ms. Weathington nor Mr. Urch wish

6   to violate the special condition listed above, the following change is

7   stipulated by all parties.  Mr. Steve Sheehan, the pretrial agent

8   supervising the defendants (telephone # 930-4350) is also in agreement.

9

10                          **STIPULATION**

11       It is hereby stipulated by and between the parties hereto

12   that Special Condition of Release number 11, as set forth above, as it

13   relates to each of the two defendants be modified only to the extent

14   that it allows reasonable contact between Ms. Weathington and Mr. Urch

15   as necessary to effectuate the goals of the Child Protective Services

16   relative to parenting instruction, counseling, supervision, custody,

17   and visitation with the minor child.  In all other respects said

18   condition is to remain unchanged and in full force and effect.

19                                       /s/ Mr. Robert M. Holley

20       Dated:  March 28, 2008          _____
                                         Mr. Robert M. Holley
21                                       Counsel for Ms. Weathington

22
                                         /s/ Ms. Mary M. French
23       Dated:  March 28, 2008          _____
                                         Ms. Mary M. French
24                                       Counsel for Mr. Urch

25
                                         /s/ Ms. Robin R. Taylor
26       Dated:  March 28, 2008          _____
                                         Ms. Robin Taylor
27                                       Assistant U.S. Attorney
                                         Counsel for the Plaintiff
28

**ORDER**

     With reference to the above stipulation regarding the modification of pretrial release special condition number eleven for both defendants Andrea Weathington and Jeramiah Urch, **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: 04/03/08                          /s/ Gregory G. Hollows

                                         _____
                                         The Honorable Gregory G. Hollows
                                         United States Magistrate Judge
                                         Eastern District of California

weathington.ptr

3