DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMIAH URCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00036-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ANDREA WEATHINGTON; and JEREMIAH URCH, | Date: June 12, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant Andrea Weathington; and MARY M. FRENCH, Supervising Assistant Federal Defender, attorney for defendant Jeremiah Urch, that the current Status Conference date of May 1, 2008, be vacated and a new date of June 12, 2008, be set for status/change of plea.

Defense counsel for defendant Jeremiah Urch is newly assigned to this case, and needs additional time to review the case and discovery, and to meet with her client.  In addition, investigation is ongoing and defense counsel are working towards a resolution of the matter, and

1  need time to discuss possible disposition with the defendants.

2  It is further stipulated and agreed between the parties that the
3  period between May 1, 2008, and June 12, 2008, should be excluded in
4  computing the time within which the trial of the above criminal
5  prosecution must commence for purposes of the Speedy Trial Act for
6  defense preparation.  All parties stipulate and agree that this is an
7  appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: April 24, 2008              Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                                 /s/ Mary M. French
                                            MARY M. FRENCH
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            JEREMIAH URCH

Dated:  April 24, 2008             /s/Mary M. French for Robert Holley
                                            ROBERT HOLLEY
                                            Attorney for Defendant
                                            ANDREA WEATHINGTON

                                            MCGREGOR W. SCOTT
                                            United States Attorney
Dated:  April 24, 2008
                                            /s/ Mary M. French for Robin Taylor
                                            ROBIN TAYLOR
                                            Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

_____

2