```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEREMIAH URCH
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      ) No. 2:07-cr-00036-MCE
                                  )
12            Plaintiff,          )
                                  ) STIPULATION AND ORDER
13       v.                       ) CONTINUING STATUS CONFERENCE
                                  )
14 ANDREA WEATHINGTON; and        ) Date: July 24, 2008
   JEREMIAH URCH,                 ) Time: 9:00 a.m.
15                                ) Judge: Hon. Morrison C. England,
                                  )        Jr.
16                                )
             Defendants.
17 _____
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, ROBIN TAYLOR, Assistant United States

20 Attorney, attorney for Plaintiff; ROBERT HOLLEY, attorney for defendant

21 Andrea Weathington; and MARY M. FRENCH, Supervising Assistant Federal

22 Defender, attorney for defendant Jeremiah Urch, that the current Status

23 Conference date of June 12, 2008, be vacated and a new date of July 24,

24 2008, be set for status/change of plea.

25       Defense counsel for defendant Jeremiah Urch is newly assigned to

26 this case, and needs additional time to review the case and discovery,

27 and to meet with her client.  In addition, investigation is ongoing and

28 defense counsel are working towards a resolution of the matter, and

need time to discuss possible disposition with the defendants.

It is further stipulated and agreed between the parties that the period between June 12, 2008, and July 24, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: June 10, 2008                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                           /s/ Mary M. French
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JEREMIAH URCH

Dated:  June 10, 2008                    /s/Mary M. French for Robert Holley
                                        ROBERT HOLLEY
                                        Attorney for Defendant
                                        ANDREA WEATHINGTON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  June 10, 2008
                                        /s/ Mary M. French for Robin Taylor
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney

                        **ORDER**

**IT IS SO ORDERED.**

 Dated: June 11, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

Stipulation & Order                     2